DAVE ABRAMS, INC., et al., Respondents, *v.* CITY OF BUFFALO et al., Appellants.

Argued October 14, 1937; decided November 16, 1937.

*Gregory U. Harmon, Corporation Counsel* (*Charles S. McDonough* of counsel), for appellants.

*Milton H. Friedman, Philip Halpern* and *Emil L. Cohen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.